# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**CAIR-FOUNDATION, INC., and
CAIR-FLORIDA, INC.,**

        ***Plaintiffs,***

**v.**                             **Case No.:  4:26cv315-MW/MJF**

**RONALD DESANTIS, et al.,**

        ***Defendants.***
_____/

## ORDER DENYING TEMPORARY RESTRAINING ORDER, CANCELING SCHEDULING HEARING, AND SETTING BRIEFING SCHEDULE

Pending before this Court is Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 19.

Under Rule of Civil Procedure 65(b)(1)(A), a court may issue a temporary restraining order only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss or damage will result to the movant before the adverse party can be heard in opposition." Upon review, this Court is not persuaded that relief must be afforded before Defendants are heard on Plaintiffs' motion. *See, e.g.*, *Dream Defenders v. DeSantis*, 559 F. Supp. 3d 1238 (N.D. Fla. 2021), *rev'd*, 119 F.4th 872 (11th Cir. 2024) (evaluating preliminary injunction motion following hearing from both sides regarding criminal law that took immediate effect upon being signed into law). Accordingly, Plaintiffs' motion for

temporary restraining order, ECF No. 19, is **DENIED in part** and will be treated as a motion for preliminary injunction going forward.

Plaintiffs must serve a copy of their complaint, ECF No. 1, and their motion for preliminary injunction, ECF No. 19, on Defendants **on or before Wednesday, July 9, 2026.** The attorneys for all parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the request for preliminary injunction and on other procedural and substantive issues relating to the motion, including the need for discovery, live testimony and the admissibility of declarations. The parties shall file their proposed schedule, including any request for discovery, live testimony, and any agreement on the admissibility of declarations **on or before Monday, July 13, 2026**. This Court will hold a telephonic scheduling conference **on Tuesday, July 14, 2026, at 12:30 p.m. (ET).**

SO ORDERED on July 6, 2026.

s/Mark E. Walker
**United States District Judge**

2