IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAIR-FOUNDATION, INC. and
CAIR FLORIDA, INC.,

     *Plaintiffs*,

v.

     Case No. 4:26-cv-315-MW-MJF

RON DESANTIS, *et al.*,

     *Defendants*.

_____/

**STATUS REPORT AND
JOINT MOTION FOR EXTENSION OF DEADLINE**

Pursuant to the Court's July 6, 2026 Order (ECF No. 26), the parties submit this joint motion and report to the Court regarding Plaintiffs CAIR-Foundation, Inc. ("CAIR") and CAIR Florida, Inc. ("CAIR-Florida")'s Motion for Preliminary Injunction (ECF No. 19), filed on July 2, 2026.

**I.      Background**

Plaintiffs' motion seeks preliminary relief from the implementation and enforcement of HB 1471 and HB 1473, two new laws that create a statutory regime for designating U.S. groups as "domestic terrorist organizations." ECF No. 19. Plaintiffs filed their motion after Defendant Governor Ron DeSantis announced on July 1, 2026, that he had received a "notice of intent" to designate CAIR as a

1

domestic terrorist organization pursuant to the new laws and said that he planned to move forward with designation quickly.

Following the Court's July 6, 2026 Order, the parties scheduled a meet-and-confer for July 10. That day, counsel for Defendants spoke with Plaintiffs' counsel by phone to ask that the meet-and-confer be postponed until July 13, because Defendants needed more time to clarify their position. Plaintiffs' counsel agreed, and the parties met and conferred the morning of July 13.

On July 13, counsel for Defendants informed counsel for Plaintiffs that the Florida Department of Law Enforcement intends to promulgate regulations to implement designations under Fla. Stat. § 943.03102, pursuant to § 943.03102(5). Counsel for Defendants further represented that any designations made under § 943.03102 will be made pursuant to those regulations and, thus, no designation will be made before the regulations are finalized. However, counsel for Defendants are currently unable to represent when the regulations will be finalized.

## II.    Request for Extension

Plaintiffs' counsel require more information about the timeline for the new regulations and more time to assess how the new regulations may impact their pending motion for a preliminary injunction. Accordingly, the parties agree to proceed as follows:

2

(1) By Monday, July 20, Defendants will provide Plaintiffs and the Court with an update on the status of the forthcoming regulations. That update will clarify whether the new regulations will be promulgated on an "emergency" basis, or whether they will be subject to the normal notice and comment procedures under Florida law;

(2) By Monday, July 20, Defendants will provide Plaintiffs and the Court with their anticipated timeline for promulgating the new regulations, and they will represent to Plaintiffs and the Court that the regulations will not become effective before a specified date certain.

To ensure that Plaintiffs have information necessary to decide how to proceed with their motion for a preliminary injunction, the parties respectfully request that the Court enter a one-week extension of the deadline for Defendants' opposition to Plaintiffs' motion for a preliminary injunction, which is currently due on July 22, 2026. After Defendants report to Plaintiffs and the Court on July 20, the parties will meet and confer again concerning scheduling and Plaintiffs' pending motion, and they will file an update with the Court on July 21.

Respectfully submitted July 13, 2026,

| | |
|---|---|
| */s/ Charles J. Cooper* | */s/ Ashley Gorski* |
| Charles J. Cooper (No. 248070DC) | |
| John D. Ramer (*PHV forthcoming*) | Hina Shamsi (*pro hac vice*) |
| COOPER & KIRK, PLLC | Ashley Gorski (*pro hac vice*) |

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Ronald D. DeSantis, in his official capacity as Governor of Florida, et al.*

Charles Hogle (*pro hac vice*)
Celin Carlo-Gonzalez (*pro hac vice*)
Natalie Smith (*pro hac vice*)
Patrick Toomey (*pro hac vice*)
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
hshamsi@aclu.org
agorski@aclu.org
charlie.hogle@aclu.org
ccarlo-gonzalez@aclu.org
n.smith@aclu.org
ptoomey@aclu.org

Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

Shereef H. Akeel*
Samuel Simkins*
**Akeel & Valentine, PLC**
888 West Big Beaver Road, Ste. 350
Troy, MI 48084
(248) 269-9595
shereef@akeelvalentine.com
sam@akeelvalentine.com

Scott D. McCoy (FBN 1004965)
**Southern Poverty Law Center**
2 South Biscayne Blvd., Ste. 3200
Miami, FL 33131
(786) 347-2056
scott.mccoy@splcenter.org

Aaron S. Fleisher*
*Not licensed in DC*
**Southern Poverty Law Center**
1101 17th Street NW, Ste. 550
Washington, DC 20036
(202) 945-7904
aaron.fleisher@splcenter.org

Diego A. Soto (*pro hac vice*)
**Southern Poverty Law Center**
150 E. Ponce De Leon Ave., Ste. 340
Decatur, GA 30030
(404) 521-6700
diego.soto@splcenter.org

Mary Ella W. Simmons (*pro hac vice*)
**Southern Poverty Law Center**
201 St. Charles Ave., Ste. 2000
New Orleans, LA 70170
(504) 486-8982
maryella.simmons@splcenter.org

Manoj S. "Sachin" Varghese (*pro hac vice*)
Mark L. Bailey (*pro hac vice*)
**Bondurant, Mixson & Elmore, LLP**
1201 W. Peachtree St. NW, Ste. 3900
Atlanta, GA 30309
(404) 881-4100
varghese@bmelaw.com
bailey@bmelaw.com

*\*Pro hac vice motion forthcoming*

*Counsel for Plaintiffs*

5