# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

CAIR-FOUNDATION, INC. and
CAIR FLORIDA, INC.,

    *Plaintiffs*,

v.

                                     Case No. 4:26-cv-315-MW-MJF

RON DESANTIS, *et al.*,

    *Defendants*.

_____/

## JOINT STATUS REPORT

Pursuant to the Court's July 14, 2026 Order (ECF No. 35), the parties submit this joint status report regarding Plaintiffs CAIR-Foundation, Inc. ("CAIR") and CAIR Florida, Inc.'s ("CAIR-Florida") Motion for Preliminary Injunction (ECF No. 19), filed on July 2, 2026.

Defendants have represented to Plaintiffs that regulations implementing Fla. Stat. § 943.03102 are forthcoming and will not become effective before August 10, 2026. In light of this representation, and to ensure an orderly briefing schedule that enables the Court to decide Plaintiffs' anticipated new motion for a temporary restraining order and preliminary injunction before any designation of Plaintiffs becomes effective, the parties agree to proceed as follows:

(1)    Defendants will not take any action with respect to Plaintiffs under the new regulations—including serving a potential notice of intent—for at least three days after the regulations become effective.

1

(2)    Defendants agree they will not publish any designation of Plaintiffs in the Florida Administrative Register for at least 21 days after serving a notice of intent on Plaintiffs. Defendants further agree that they will not publish any designation of Plaintiffs in the Florida Administrative Register until the seventh day after the Governor and Cabinet vote to approve the designation.

(3)    Plaintiffs will withdraw their Motion for Preliminary Injunction (ECF No. 19) and agree to a date for Defendants to file their answer or motion to dismiss that falls after the effective date of the regulations.

(4)    Defendants will provide Plaintiffs' counsel with the notice of intent the same day of the transmittal of the notice to the Governor and Cabinet. In the event that only CAIR is named in the notice of intent, Defendants will inform Plaintiffs' counsel in the same email whether they believe that the notice of intent to designate CAIR encompasses CAIR-Florida as well.

(5)    Plaintiffs will file their opening brief in support of a new motion for a temporary restraining order and preliminary injunction after they have been served with a notice of intent. The parties will discuss the specific deadline after the regulations are issued, but, subject to the Court's approval, the brief will be due no earlier than seven days after Plaintiffs have received the new notice of intent.

(6)    When the Governor and Cabinet hold a vote on the designation of either Plaintiff, Defendants will inform Plaintiffs' counsel by email of the results of the vote the same day.

(7)    Subject to the Court's approval, Defendants will file their opposition brief no later than one day after the Governor and Cabinet have voted on the designation of either Plaintiff. Subject to the Court's approval, Plaintiffs will have until the fourth day after the Governor and Cabinet have voted on the designation to file their reply brief. This would facilitate the Court's adjudication of Plaintiffs' motion before the designation becomes effective.

(8)    Soon after the regulations are issued, the parties will submit a complete briefing schedule for Plaintiffs' motion and Defendants' answer or motion to dismiss. In connection with Plaintiffs' motion,

the parties agree to jointly move for mutual extensions of the default Northern District of Florida word limits.

Finally, the parties agree to meet and confer the day after the new regulations are issued to discuss whether any aspect of the foregoing proposed schedule should be adjusted. The parties will further discuss their positions on proposed hearing dates, requests for discovery (if any), and intent to rely on live witnesses or declarations in lieu of live witnesses, and they will report their positions to the Court the day after the meet-and-confer.

Respectfully submitted July 22, 2026,

*/s/ Charles J. Cooper*

Charles J. Cooper (No. 248070DC)
John D. Ramer
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Ronald D. DeSantis, in his official capacity as Governor of Florida, et al.*

*/s/ Ashley Gorski*

Hina Shamsi (*pro hac vice*)
Ashley Gorski (*pro hac vice*)
Charles Hogle (*pro hac vice*)
Celin Carlo-Gonzalez (*pro hac vice*)
Natalie Smith (*pro hac vice*)
Patrick Toomey (*pro hac vice*)
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
hshamsi@aclu.org
agorski@aclu.org
charlie.hogle@aclu.org
ccarlo-gonzalez@aclu.org
n.smith@aclu.org
ptoomey@aclu.org

Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Ste. 400
Miami, FL 33134

3

(786) 363-2714
dtilley@aclufl.org

Scott D. McCoy (FBN 1004965)
**Southern Poverty Law Center**
2 South Biscayne Blvd., Ste. 3200
Miami, FL 33131
(786) 347-2056
scott.mccoy@splcenter.org

Aaron S. Fleisher*
*Not licensed in DC*
**Southern Poverty Law Center**
1101 17th Street NW, Ste. 550
Washington, DC 20036
(202) 945-7904
aaron.fleisher@splcenter.org

Diego A. Soto (*pro hac vice*)
**Southern Poverty Law Center**
150 E. Ponce De Leon Ave., Ste. 340
Decatur, GA 30030
(404) 521-6700
diego.soto@splcenter.org

Mary Ella W. Simmons (*pro hac vice*)
**Southern Poverty Law Center**
201 St. Charles Ave., Ste. 2000
New Orleans, LA 70170
(504) 486-8982
maryella.simmons@splcenter.org

Manoj S. "Sachin" Varghese (*pro hac vice*)
Mark L. Bailey (*pro hac vice*)
**Bondurant, Mixson & Elmore, LLP**
1201 W. Peachtree St. NW, Ste. 3900
Atlanta, GA 30309
(404) 881-4100
varghese@bmelaw.com
bailey@bmelaw.com

4

5

Shereef H. Akeel*
Samuel Simkins*
**Akeel & Valentine, PLC**
888 West Big Beaver Road, Ste. 350
Troy, MI 48084
(248) 269-9595
shereef@akeelvalentine.com
sam@akeelvalentine.com

*Pro hac vice motion forthcoming*

*Counsel for Plaintiffs*

5