# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CAIR-FOUNDATION, INC., and
CAIR-FLORIDA, INC.,**

      *Plaintiffs,*

v.                         **Case No.:  4:26cv315-MW/MJF**

**RONALD DESANTIS, et al.,**

      *Defendants.*

_____/

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION
## <u>WITHOUT PREJUDICE TO RENEW</u>

The parties have filed their joint status report pursuant to this Court's prior Order, ECF No. 35. ECF No. 39. Plaintiffs assert they will withdraw their motion for preliminary injunction. *Id*. at 2. Accordingly, inasmuch as Plaintiffs withdraw their motion, the motion for preliminary injunction, ECF No. 19, is **DENIED without prejudice to renew**. The scheduling conference set for July 23, 2026, is **CANCELED**.

      **SO ORDERED on July 23, 2026.**

                           **s/Mark E. Walker**_____
                           **United States District Judge**