**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CAIR-FOUNDATION, INC., and**
**CAIR-FLORIDA, INC.,**

***Plaintiffs,***

**v.** **Case No.: 4:26cv315-MW/MJF**

**RONALD DESANTIS, et al.,**

***Defendants.***
**______________________________/**

## ORDER TO SHOW CAUSE

This Court recognizes that Plaintiffs intend to file an amended complaint based on events that have occurred since the complaint was filed on July 1, 2026. *See* ECF No. 62 at 2 (requesting deadline by which to file amended complaint). However, "[s]tanding is determined at the time the plaintiff's complaint is filed." *Arcia v. Fla. Sec'y of St.*, 772 F.3d 1335, 1340 (11th Cir. 2014); *see also Falls v. DeSantis*, 2023 WL 3568526, at *1 (N.D. Fla. May 19, 2023). And here, it appears that this case has been on hold to allow events to occur that may afford Plaintiffs standing to proceed. *See, e.g.*, ECF No. 39 (July status report identifying proposed regulations that would not take effect for weeks and asserting that Plaintiffs would withdraw a pending motion for preliminary injunction).[1] Accordingly, **on or before**

[1] Defendants highlighted the potential standing issue in the parties' joint scheduling report, ECF No. 59 at 3, and this Court believes briefing this issue now is a better use of the parties' time

**Friday, September 25, 2026**, Plaintiffs must **SHOW CAUSE** why this case should not be dismissed for lack of standing. **On or before Wednesday, September 30, 2026**, Defendants shall respond to Plaintiffs' brief in response to this Order.

**SO ORDERED on September 21, 2026.**

**s/Mark E. Walker**
**United States District Judge**

to address this threshold jurisdictional issue before getting into the weeds of any forthcoming motion for preliminary injunction.