**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**CAIR-FOUNDATION, INC., and CAIR-FLORIDA, INC.,**

*Plaintiffs,*

v.

Case No. **4:26cv315-MW/MJF**

**RONALD DESANTIS, et al.,**

*Defendants.*

_______________________________/

# JUDGMENT

This case is **DISMISSED for lack of subject-matter jurisdiction**.

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

October 1, 2026
DATE

s/ Bryston Ford
Deputy Clerk